IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSWALD NEWBOLD, II,

    Plaintiff,

v.                                            4:19cv26–WS/CAS

LINDA SANTANA, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed January 8, 2020. The magistrate judge recommends that the plaintiff's complaint be dismissed. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is

hereby ADOPTED and incorporated by reference in this order.

    2. The defendants' motion to dismiss (ECF No. 12) is GRANTED for the reasons set forth by the magistrate judge.

    3. The clerk shall enter judgment stating: "All claims against all defendants are DISMISSED."

    4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), (iii).

    DONE AND ORDERED this __19th__ day of __February__, 2020.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE